UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Esther Vazquez, et al.,
    Plaintiffs,
        v.                                **CASE NUMBER:** 98-1901 (HL)
Universal Insurance Company, et al.,
    Defendants.

## ORDER

The pretrial and settlement conference in this case is hereby changed to Thursday, February 10, 2000 at 10:00 AM before Judge Robert J. Ward.

Date 2-7-00          HECTOR M. LAFFITTE
                               Chief U.S. District Judge

RECEIVED & FILED
00 FEB -8 AM 7:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

