UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Esther Vazquez, et al.,
    Plaintiffs,
    V.
Universal Insurance Co., et al.,
    Defendants.

CASE NUMBER: 98-1901 (HL)

| ORDER |
|---|
| The Court hereby approves the parties' settlement. |

Date 2/15/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


