ENTERED ON DOCKET
2/16/00 PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Esther Vazquez, et al.,
    Plaintiffs,
    V.
Universal Insurance Co., et al.,
    Defendants.

CASE NUMBER: 98-1901 (HL)

| JUDGMENT |
|---|
| The Court having approved the parties' settlement stipulation, judgment is hereby entered dismissing this case. |

Date 2-15-00    HECTOR M. LAFFITTE
    Chief United States District Judge


