UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Esther Vazquez, et al.,
    Plaintiffs,
        V.                                  CASE NUMBER: 98-1901 (HL)
Universal Insurance Co., et al.,
    Defendants.

## MOTION

Date Filed: 3/1/00    Docket #12    [x] Plffs [] Defts
Title: Motion to Withdraw Non-resident Bond
Opp'n Filed:    Docket #

## ORDER

Denied. The Court has no record of any non-resident bond having been posted by Plaintiffs in this case.

Date 3/8/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


